#1447454

Clifton Williams Jr.

194 E. Hackett Rd

Modesto, CA. 95358

Dob: 7/16/1975

SSn# 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

209) 496-8330

FILED

APR 29 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

File Date

Case No.

U.S. District Court

State of California

Eastern District   1:22CV 00509 0 ADBAM

CV·Suit Claim Stated

Clifton Williams Jr.        For: 1. False Arrest

    Petitioner          2. False Imprisonment

      VS.             3. Harassment

The people of the         4. Racial Profiling

State of California       5. Financial Loss

District Attorney         6. Malicious Prosecution

Patrick Hogan             7. A violation of

    And                 my 4th Amendment

Jessica Davies            rights, brought

Modesto Police Officer    without

County of Stanislaus      Probable Cause

   Respondents

RECEIVED

APR 29 2022

CLERK US. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

#1

On 6/17/21 i was parked in front of a store on private property, not breaking any laws.

I was sitting in my vehicle getting ready to go in the store with my driver side and passenger side window's rolled completely down when Officer Davies pulled behind my vehicle blocking me in, getting out of her patrol car making full contact with me at the driver side window harassing me about my back window's being tinted which is perfectly legal by law. She clearly states in her report that i was talking to someone at the driver side window and someone else at my passenger side window when she made contact with me. So

#2

She was able to see inside my vehicle, but still harassed me about my windows telling me that i am in a known drug area at a store in a neighborhood of minorities which is racial profiling me being a African American man.

Even without probable cause, Officer Davies placed me under arrest did an illegel search and seizure and seizure evidence unlawfully.

Knowing this district attorney Patrick Hogan continued his Malicious Prosecution until my attorney had to file a motion to suppress to get it dismissed on 4/29/22. The reason for dismissal was because i was arrested and brought to court without "Probable Cause".

#3

For any supporting documents.

Case No. CR-21-009331

Modesto Police Dept.
#( MPD 21015204 )
   Incident Report
Relief:
   I state my claim in the full amount of my bond and for the loss of my place of business. $150,000.

Date: 4/29/22


_____
Signature

#4

"Proof of Service By Mail"
(C.C.P §§ 1013, 2015, 5, U.S.C. 28 §§ 1746)
State of California)
Estanislaus County)
I, Clifton Williams Jr. am a resident
of the Estanislaus County React i
am at least 18 years of age.
My mailing address is:
194 E. Hackett Rd.
Modesto, CA. 95358

On 4/29/22 I served a true and
correct copy of the following
documents:

District Attorney Patrick Hogan
Modesto Police Officer Jessica Davies
Board of Supervisors
10 10 10th street.
Modesto, CA. 95354
to each party listed above, by
putting it in the U.S. mail
Stanislaus County React center
194 E. Hackett Rd. Modesto, CA. 95358
This copy is being mail to: U.S. District Court
I declare under penalty of purury that
the forgoing is true and correct.
Date: 4/29/22    Stan Co. County Jail) Clifton Williams
#1497454  #5