UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON WILLIAMS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 1:22-cv-00509-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. Nos. 4, 5) |

Plaintiff Clifton Williams, Jr., a county jail inmate proceeding *pro se* and *in forma pauperis*, filed this civil rights action on April 29, 2022. (Doc. No. 1.)

On July 27, 2022, the assigned magistrate judge issued findings and recommendations recommending that (1) the federal claims in this action be dismissed, with prejudice, based on plaintiff's failure to state a cognizable claim upon which relief may be granted; and (2) the court decline to exercise supplemental jurisdiction over plaintiff's purported state law claims. (Doc. No. 5.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 10.) On August 8, 2022, plaintiff filed objections. (Doc. No. 6.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds that the findings and recommendations are supported by the record and

1

proper analysis.  Plaintiff's objections provide no basis to reject the magistrate judge's findings and recommendations.

Accordingly,

1. The findings and recommendations issued on July 27, 2022 (Doc. No. 5) are adopted in full;
2. Plaintiff's federal claims are dismissed, with prejudice, based on plaintiff's failure to state a cognizable claim upon which relief may be granted;
3. The court declines to exercise supplemental jurisdiction over plaintiff's state law claims and those claims are dismissed without prejudice; and
4. The Clerk of the court is directed to close this case.

IT IS SO ORDERED.

Dated:   August 31, 2022

UNITED STATES DISTRICT JUDGE